<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1755**

———————

WAYNARD WORSHAM,

                                Plaintiff - Appellant,

      versus

JO ANN BROWN; MARK A. EDWARDS; ROBERT HALL;
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; MARK
L. EARLEY, Attorney General; HENRICO COUNTY
SCHOOL BOARD,

                             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-00-768)

———————

Submitted: October 18, 2001       Decided: October 25, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Waynard Worsham, Appellant Pro Se. Mark Butler Bierbower, HUNTON & WILLIAMS, Washington, D.C.; Phyllis Audrey Errico, Assistant County Attorney, Joseph Thomas Tokarz, II, COUNTY ATTORNEY'S OFFICE, Richmond, Virginia; Mary Hannah Lauck, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Jennifer Susan Goldstein, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, D.C.; Mark E. Nagle, David J. Ball, Jr., OFFICE OF THE UNITED STATES ATTORNEY,

Washington, D.C.; Guy Winston Horsley, Jr., Assistant Attorney General, Judith Williams Jagdmann, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Waynard Worsham appeals from the district court's order adopting the report and recommendation of the magistrate judge and granting summary judgment in favor of the defendants in the employment discrimination action. See 29 U.S.C.A. §§ 621-634 (West 2001); 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Worsham v. Brown, No. CA-00-768 (E.D. Va. May 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED